| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2014 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Santoro, Frank J. | 2. Court or Organization<br><br>U. S. Bankruptcy Court, EDVA | 3. Date of Report<br><br>06/11/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U. S. Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |
| 7. Chambers or Office Address<br><br>600 Granby Street<br>Norfolk, Virginia 23510 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Santoro, Frank J. | 06/11/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Tidewater Bankruptcy Bar Association | 02/21/2014 to 02/22/2014 | Virginia Beach, VA | To appear at professional education seminar | Food, lodging, and transportation |
| 2. | American Bankruptcy Institute | 03/13/2014 to 03/15/2014 | Tampa, FL | To appear at professional education seminar | Food, lodging, and transportation |
| 3. | Southeastern Bankruptcy Law Institute | 03/19/2014 to 03/21/2014 | Atlanta, GA | To appear at professional education seminar | Food, lodging, and transportation |
| 4. | American Bankruptcy Institute | 04/24/2014 to 04/26/2014 | Washington, DC | To appear at professional education seminar | Food, lodging, and transportation |
| 5. | Richmond Bankruptcy Bar Association | 04/30/2014 to 05/01/2014 | Richmond, VA | To appear at professional education seminar | Transportation and lodging |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Santoro, Frank J. | 06/11/2015 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | Virginia Bar Association | 05/09/2014 to 05/11/2014 | Duck, NC | To appear at professional education seminar | Food, lodging, and transportatiom |
| 7. | Northern Virginia Bankruptcy Bar Association | 06/25/2014 to 06/26/2014 | Falls Church, VA | To appear at professional education seminar | Food, lodging, and transportation |
| 8. | Virginia CLE Foundation | 09/18/2014 to 09/20/2014 | Charlottesville, VA | To appear at professional education seminar | Lodging and transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| Santoro, Frank J. | 06/11/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Santoro, Frank J. | 06/11/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Farm, 1/2 interest, Isle of Wight County, Virginia July 03 | | None | N | W | | | | | |
| 2. FSNC, LLC, 88% Membership Interest | | None | N | W | | | | | |
| 3. Geeks on Call, Convertible Preferred Stock | | None | J | W | | | | | |
| 4. Waterside Capital Corporation | | None | J | T | | | | | |
| 5. Gateway Fund Class A | A | Int./Div. | | | Sold | 06/13/14 | J | A | |
| 6. Ivy Asset Strategy Fund Class A | D | Int./Div. | L | T | | | | | |
| 7. New Perspective Fund Inc. Class A | A | Int./Div. | L | T | | | | | |
| 8. Washington Mutual Inv. Fund Inc. Class A | B | Dividend | M | T | | | | | |
| 9. Capital World Growth and Income Fund Inc. | B | Int./Div. | L | T | | | | | |
| 10. New World Fund Inc. Class A | B | Int./Div. | L | T | | | | | |
| 11. Pace Money Market Investments Fund Class P | A | Int./Div. | J | T | | | | | |
| 12. Royce Premier Fund | D | Int./Div. | K | T | | | | | |
| 13. Oakmark Equity and Income Fund Class 1 | D | Int./Div. | K | T | | | | | |
| 14. AMCAP Fund Inc., Class A | A | Int./Div. | K | T | | | | | |
| 15. New Economy Fund Class A | A | Int./Div. | L | T | | | | | |
| 16. JP Morgan Large Cap Growth Fund Class A | C | Int./Div. | L | T | | | | | |
| 17. Franklin Templeton Global Bond Fund Class A | C | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Santoro, Frank J. | 06/11/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Loomis Sayles Strategic Income Fund | D | Int./Div. | L | T | | | | | |
| 19. Pimco All Assets Auth A | B | Int./Div. | K | T | | | | | |
| 20. First Eagle Global Fund Class A | D | Int./Div. | L | T | | | | | |
| 21. American Mutual Class A | B | Int./Div. | L | T | | | | | |
| 22. Fundamental Investors Class A | A | Int./Div. | K | T | | | | | |
| 23. Williamsburg Davenport Fund | B | Int./Div. | | | Sold | 03/31/14 | M | E | |
| 24. Yachtman Fund Service | D | Int./Div. | L | T | | | | | |
| 25. Mainstay Market Field Fund Class A | A | Int./Div. | | | Sold | 03/31/14 | K | B | |
| 26. Allianz AGIC Income & Growth Fund Class A | D | Int./Div. | K | T | | | | | |
| 27. Prudential Jennison Mid-Cap Growth Fund, Inc. Class A | B | Int./Div. | L | T | | | | | |
| 28. Thornburg Developing World Fund Class A | C | Int./Div. | L | T | | | | | |
| 29. Transparent Value Directional Allocation Fund Class A | D | Int./Div. | L | T | | | | | |
| 30. Black Rock High Yield Bond A | B | Int./Div. | K | T | | | | | |
| 31. John Hancock Strategic Strategic Income Opp Class A | A | Int./Div. | K | T | | | | | |
| 32. Pimco Income Fund Class A | A | Int./Div. | L | T | | | | | |
| 33. Invesco Balanced Risk Allocation Fund A | A | Int./Div. | K | T | | | | | |
| 34. J P Morgan Income Builder Class A | B | Int./Div. | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Santoro, Frank J. | 06/11/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Growth Fund of America | B | Int./Div. | M | T | Buy | 04/01/14 | M | | |
| 36. Davenpoirt Equity Opps | A | Int./Div. | J | T | Buy | 03/31/14 | J | | |
| 37. Advisory Research ULP & Energy Income Fund Class A | A | Int./Div. | J | T | Buy | 01/17/14 | J | | |
| 38. Pimco Fundamental Plu AR Fund Class P | A | Int./Div. | K | T | Buy | 06/13/14 | K | | |
| 39. | | | | | | | | | |
| 40. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Santoro, Frank J. | 06/11/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII.

Holdings in lines 7, 8, 9, 10, 14, 15, 21, 22, 35, and 36 are mutual funds maintained at Davenport and Company

Holdings in lines 6, 11, 12, 13, 16, 17, 18, 19, 20, 24, 26, 27, 28, 29, 30, 31, 32, 33, 34, 37, and 38 are mutual funds maintained at UBS.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Frank J. Santoro**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544